UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
Sentry Office Plz
216 Haddon Ave.
Suite 406
Westmont, NJ 08018
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
M&T Bank

In Re:

Steven Owens,

Debtor.

Case No.:       19-27238-ABA

Chapter:              13

Hearing Date:    11/13/2019

Judge:             Altenburg

# STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled          ☐ Withdrawn

Matter: Secured Creditor's Objection to Confirmation (Docket # 22)

_____

Date: 11/12/2019                              /s/ Denise Carlon
                                              Signature

*rev.8/1/15*