UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Victor Druziako, Esq.
Law Office of Victor Druziako, P.C.
1882 W. Landis Ave.
Vineland, NJ  08360
(856)692-7474; VD-3263
Counsel for Debtor, Steven D. Owens, Sr.

**Order Filed on January 19, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Debtor, Steven D. Owens, Sr.

Case No.: 19-27238

Adv. No.:

Hearing Date: January 5, 2021; 10:00 a.m.

Judge: ABA

## ORDER REDUCING, MODIFYING AND EXPUNGING CLAIMS

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: January 19, 2021**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

Debtor:     Steven D. Owens, Sr.
Case No.:   19-27238-ABA
Caption of Order:   **ORDER REDUCING, MODIFYING AND EXPUNGING CLAIMS**

(Page 2)

Upon consideration of Debtor, Steven D. Owens, Sr.'s, Motion for an order reducing, modifying and expunging claims of Creditor, State of New Jersey Division of Taxation Bankruptcy Section, and any response and/or objection thereto, and good cause appearing therefore, it is hereby

**ORDERED** that Proof of Claim number 2, filed by the Creditor, State of New Jersey Division of Taxation Bankruptcy Section, be hereby expunged.