UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Victor Druziako, Esq.
Law Office of Victor Druziako, P.C.
1882 W. Landis Ave.
Vineland, NJ  08360
(856)692-7474; VD-3263
Counsel for Debtor, Steven D. Owens, Sr.

**Order Filed on January 19, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Debtor, Steven D. Owens, Sr.

Case No.: 19-27238

Adv. No.:

Hearing Date: January 5, 2021; 10:00 a.m.

Judge: ABA

## ORDER REDUCING, MODIFYING AND EXPUNGING CLAIMS

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: January 19, 2021**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

Debtor:       Steven D. Owens, Sr.
Case No.:     19-27238-ABA
Caption of Order:     **ORDER REDUCING, MODIFYING AND EXPUNGING CLAIMS**

(Page 2)

Upon consideration of Debtor, Steven D. Owens, Sr.'s, Motion for an order reducing, modifying and expunging claims of Creditor, State of New Jersey Division of Taxation Bankruptcy Section, and any response and/or objection thereto, and good cause appearing therefore, it is hereby

**ORDERED** that Proof of Claim number 2, filed by the Creditor, State of New Jersey Division of Taxation Bankruptcy Section, be hereby expunged.

United States Bankruptcy Court
District of New Jersey

In re:                                                                                           Case No. 19-27238-ABA
Steven D. Owens, Sr.                                                                             Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1            User: admin            Page 1 of 2
Date Rcvd: Jan 19, 2021            Form ID: pdf903            Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**
+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 21, 2021:**

**Recip ID          Recipient Name and Address**
db            + Steven D. Owens, Sr., 31 Lawrence Rd., Bridgeton, NJ 08302-4601

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 21, 2021          Signature:         /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 19, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor M&T Bank dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Michael R. DuPont | on behalf of Creditor United Teletech Financial Federal Credit Union dupont@redbanklaw.com john@redbanklaw.com |
| Rebecca Ann Solarz | on behalf of Creditor M&T Bank rsolarz@kmllawgroup.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| Victor Druziako | on behalf of Debtor Steven D. Owens Sr. bkdruziako@aol.com |

District/off: 0312-1 User: admin Page 2 of 2
Date Rcvd: Jan 19, 2021 Form ID: pdf903 Total Noticed: 1
TOTAL: 6