Form plncf13 − ntccnfpln13v27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

        Case No.: 19−27238−ABA
        Chapter: 13
        Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Steven D. Owens Sr.
   aka Steven D. Owens
   31 Lawrence Rd.
   Bridgeton, NJ 08302

Social Security No.:
   xxx−xx−8140

Employer's Tax I.D. No.:

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

    NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on February 11, 2021.

Dated: February 11, 2021
JAN: cmf

                                                                       Jeanne Naughton
                                                                       Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Steven D. Owens, Sr.  
    Debtor

Case No. 19-27238-ABA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 3  
Date Rcvd: Feb 11, 2021      Form ID: plncf13      Total Noticed: 35

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 13, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Steven D. Owens, Sr., 31 Lawrence Rd., Bridgeton, NJ 08302-4601 |
| aty | #+ | KML Law Group, PC, Sentry Office Plaza, 216 Haddon Ave, Suite 406, Westmont, NJ 08108-2812 |
| cr | + | United Teletech Financial Federal Credit Union, McKenna, DuPont, Higgins & Stone, PO Box 610, 229 Broad Street, Red Bank, NJ 07701-2009 |
| 518449891 | + | Atlantic Credit & Finance Incorporated, POB 2083, Warren, Michigan 48090-2083 |
| 518449892 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bank of America, POB 982238, El Paso, Texas 79998 |
| 518449893 | | Citi Bank, POB 6403, Sioux Falls, South Dakota 57117-6403 |
| 518449894 | + | HSBC Bank Nevada N.A., 1111 North Town Center Drive, Las Vegas, Nevada 89144-6364 |
| 518449895 | | Inspira Health Network, POB 48274, Newark, New Jersey 07101-8474 |
| 518449896 | #+ | KML Law Group, P.C., 216 Haddon Ave., Suite 406, Westmont, New Jersey 08108-2812 |
| 518449899 | | New Jersey Office of the Attorney Gener, Richard J. Hughes Justice Complex, 25 Market St. POB 112, Trenton, New Jersey 08625-0112 |
| 518463774 | + | Rene Leonard, 31 Lawrence Road, Bridgeton, NJ 08302-4601 |
| 518463776 | | Richard J. Hughes Justice Complex, 25 Market St., POB 112, Trenton, NJ 08625-0112 |
| 518517264 | ++ | STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08646-0245 address filed with court:, State of New Jersey, Division of Taxation, Bankruptcy Section, PO Box 245, Trenton, NJ 08695-0245 |
| 518449903 | + | Salem Medical Professional, 4 Bypass Rd., #101, Salem, New Jersey 08079-2053 |
| 518449904 | | State of New Jersey Division of Taxation, POB 046, Trenton, New Jersey 08646-0046 |
| 518516386 | + | TD Retail Card Services, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 518449906 | + | US Dept. of Education, P. O. Box 5609, Greenville, Texas 75403-5609 |
| 518449905 | + | United Teletech Financial, 205 Hance Ave., Tinton Falls, NJ 07724-2764 |
| 518449907 | + | WFFNB/Raymour & Flanigan, 7248 Morgan Road, Liverpool, New York 13090-4535 |
| 518449908 | + | Windsor Court Apartments, 1831 Hidden Lane, Lancaster, Pennsylvania 17603-2318 |
| 518449909 | + | Workout Anytime Broadway, 7320 Norris Freeway, Knoxville, Tennessee 37918-5746 |

TOTAL: 21

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Feb 11 2021 22:10:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Feb 11 2021 22:10:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| lm | | Email/Text: camanagement@mtb.com | Feb 11 2021 22:09:00 | M & T Bank, P.O. Box 844, Buffalo, NY 14240-0844 |
| 518545806 | | Email/Text: ally@ebn.phinsolutions.com | Feb 11 2021 22:08:00 | Ally Capital, PO Box 130424, Roseville MN 55113-0004 |
| 518449890 | + | Email/Text: ally@ebn.phinsolutions.com | | |

Case 19-27238-ABA    Doc 46    Filed 02/13/21    Entered 02/14/21 00:22:10    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0312-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Feb 11, 2021 | Form ID: plncf13 | Total Noticed: 35 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Feb 11 2021 22:08:00 | Ally Financial, POB 380901, Bloomington, Minnesota 55438-0901 |
| 518449893 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 11 2021 22:36:13 | Citi Bank, POB 6403, Sioux Falls, South Dakota 57117-6403 |
| 518530442 | | Email/Text: camanagement@mtb.com | Feb 11 2021 22:09:00 | M&T Bank, PO Box 840, Buffalo, NY 14240 |
| 518449897 | | Email/Text: camanagement@mtb.com | Feb 11 2021 22:09:00 | M&T Bank, POB 1288, Buffalo, New York 14240-1288 |
| 519074456 | + | Email/Text: bankruptcydpt@mcmcg.com | Feb 11 2021 22:10:00 | Midland Funding LLC, P.O. Box 2011, Warren MI 48090-2011 |
| 518449898 | + | Email/Text: mmrgbk@miramedrg.com | Feb 11 2021 22:10:00 | Miramed Revene Group, 360 E. 22nd St., Lombard, Illinois 60148-4924 |
| 518449900 | + | Email/Text: EBN_Waco@Receivemorermp.com | Feb 11 2021 22:11:00 | PMAB, LLC, 4135 South Stream Blvd., Suite 400, Charlotte, North Carolina 28217-4636 |
| 518526779 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 11 2021 22:28:39 | Portfolio Recovery Associates, LLC, c/o Capital One Bank (usa), N.a., POB 41067, Norfolk VA 23541 |
| 518449901 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 11 2021 22:28:39 | Portfolio Recovery Services, 120 Corporate Blvd., Norfolk, Virginia 23502-4952 |
| 518450583 | + | Email/PDF: gecsedi@recoverycorp.com | Feb 11 2021 22:42:23 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518500754 | | Email/Text: laura@redbanklaw.com | Feb 11 2021 22:08:00 | United Teletech Financial Federal Credit Union, C/O McKenna, DuPont, Higgins & Stone, PC, PO Box 610, Red Bank, NJ 07701-0610 |

TOTAL: 15

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518449902 | ##+ | Resolve Partners LLC, 303 C Pisah Church Rd., Greensboro, North Carolina 27455-2755 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 13, 2021        Signature:        /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 11, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | |

District/off: 0312-1 | User: admin | Page 3 of 3
Date Rcvd: Feb 11, 2021 | Form ID: plncf13 | Total Noticed: 35

| | |
|---|---|
| | on behalf of Creditor M&T Bank dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Isabel C. Balboa | |
| | ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Michael R. DuPont | |
| | on behalf of Creditor United Teletech Financial Federal Credit Union dupont@redbanklaw.com john@redbanklaw.com |
| Rebecca Ann Solarz | |
| | on behalf of Creditor M&T Bank rsolarz@kmllawgroup.com |
| U.S. Trustee | |
| | USTPRegion03.NE.ECF@usdoj.gov |
| Victor Druziako | |
| | on behalf of Debtor Steven D. Owens Sr. bkdruziako@aol.com |

TOTAL: 6