UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Lavin, Cedrone, Graver, Boyd & DiSipio
1300 Route 73, Suite 307
Mt. Laurel, NJ 08054
(856) 778-5544
Attorneys for Ally Capital

| | |
|---|---|
| IN RE: | Case No. 19-27238(ABA) |
| STEVEN D. OWENS, SR.<br>          Debtor | Chapter 13 |
| | Hearing Date: August 17, 2021 at 10:00 a.m. |
| RENEE E. LEONARD<br>          Co-Debtor | Judge:  Andrew B. Altenburg Jr. |

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified bellow
has been:

■ Settled          ☐ Withdrawn

Matter:  Ally Capital's Motion for Relief from Stay and Co-Debtor Stay _____

_____

Date:   August 12, 2021 _____          /s/ Regina Cohen _____
                                                 Signature

2266767v1