UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Lavin, Cedrone, Graver, Boyd & DiSipio
1300 Route 73, Suite 307
Mt. Laurel, NJ 08054
(856) 778-5544
Attorneys for Ally Capital

IN RE:

STEVEN D. OWENS, SR.

                Debtor

Case No. 19-27238(ABA)

Chapter 13

Hearing Date:

Judge: Andrew B. Altenburg Jr.

# CERTIFICATION OF CONSENT
# REGARDING CONSENT ORDER

       I certify that with respect to the Consent Order Resolving Ally Capital's Motion for Relief from Stay and Co-Debtor Stay submitted to the Court, the following conditions have been met:

(a)     The terms of the consent order are identical to those set forth in the original consent order;

(b)     The signatures represented by the /s/ _____ on the consent order reference the signatures of consenting parties obtained on the original consent order;

(c)     I will retain the original consent order for a period of 7 years from the date of closing of the case or adversary proceeding.

(d)     I will make the original consent order available for inspection on request of the Court or any party in interest; and

Final paragraph options:

☐     (e)     *If submitting the consent order and this certification to the Court conventionally*, I acknowledge the signing of same for all purposes, including those under Fed. R. Bankr. P. 9011 (sign certification in pen and ink and the Court will scan);

■     (e)     *If submitting the consent order and this certification to the Court electronically via the presiding judge's e mail box, as a registered Participant of the Court's Case Management/ Electronic Files (CM/ECF) System*, I will simultaneously electronically file this certification with the Court, by use of my login and password, thereby signing same for all purposes including those under Fed. R. Bankr. P 9011 (sign certification with a /s/_____).

Date:   August 19, 2021                 /s/ Regina Cohen
                                                                         Signature of Attorney

2268697v1