Printed on: 12/31/2021  
ISABEL C. BALBOA [*ICB-99001-00*]

Page 1 of 2

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
For the period of 01/01/2021 to 12/31/2021  
**Case Number: 19-27238 (ABA)**

Steven D. Owens, Sr.  
31 Lawrence Road  
Bridgeton, NJ  08302

Monthly Payment: $587.00  
Payments / Month: 1  
Current Trustee Comp.: 8.40%

**The following are receipts posted in this case within the above dates:**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 01/29/2021 | $477.00 | 02/18/2021 | $556.00 | 04/01/2021 | $556.00 | 06/01/2021 | $556.00 |
| 06/21/2021 | $556.00 | 07/26/2021 | $556.00 | 08/16/2021 | $556.00 | 09/27/2021 | $587.00 |
| 10/18/2021 | $587.00 | 11/08/2021 | $587.00 | | | | |

**The following are the creditors who are set up to be paid through this plan:**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | STEVEN D. OWENS, SR. | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | VICTOR DRUZIAKO, ESQUIRE | 13 | $2,750.00 | $2,750.00 | $0.00 | $0.00 |
| 1 | ALLY FINANCIAL | 24 | $116.59 | $38.24 | $78.35 | $0.00 |
| 2 | ATLANTIC CREDIT & FINANCE INCORPORATED | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 3 | BANK OF AMERICA | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 4 | CITIBANK, N.A. | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 5 | HSBC BANK NEVADA N.A. | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6 | INSPIRA HEALTH NETWORK | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 7 | TD RETAIL CARD SERVICES | 33 | $1,692.38 | $0.00 | $1,692.38 | $0.00 |
| 8 | M & T BANK | 24 | $25,327.10 | $8,305.08 | $17,022.02 | $0.00 |
| 9 | MIRAMED REVENE GROUP | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 10 | NEW JERSEY OFFICE OF THE ATTORNEY GENER | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 11 | PMAB, LLC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 12 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $338.34 | $0.00 | $338.34 | $0.00 |
| 13 | RESOLVE PARTNERS LLC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 14 | SALEM MEDICAL PROFESSIONAL | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 15 | STATE OF NEW JERSEY | 28 | $0.00 | $0.00 | $0.00 | $0.00 |
| 16 | SYNCHRONY BANK | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 17 | OFFICE OF THE U.S. TRUSTEE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 18 | US DEPT. OF EDUCATION | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 19 | UNITED TELETECH FINANCIAL F.C.U. | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 20 | WFFNB/RAYMOUR & FLANIGAN | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 21 | WINDSOR COURT APARTMENTS | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 22 | WORKOUT ANYTIME BROADWAY | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 23 | ISABEL C. BALBOA | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 24 | STEVEN D. OWENS SR. | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 25 | VICTOR DRUZIAKO | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 26 | ALLY FINANCIAL | 24 | $307.35 | $100.79 | $206.56 | $0.00 |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 27 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $599.70 | $0.00 | $599.70 | $0.00 |
| 28 | MIDLAND FUNDING, LLC | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 29 | ALLY FINANCIAL | 13 | $500.00 | $500.00 | $0.00 | $0.00 |

**Case Steps**

| Start Date | No. Months | Payment |
|---|---|---|
| 10/01/2019 | 22.00 | $0.00 |
| 08/01/2021 | Paid to Date | $10,968.00 |
| 09/01/2021 | 37.00 | $587.00 |
| 10/01/2024 | Projected end of plan | |

| | |
|---|---|
| Total payments received this period: | $5,574.00 |
| Total paid to creditors this period: | $0.00 |
| Undistributed Funds on Hand: | $0.00 |
| Arrearages: | $587.00 |
| Attorney: | VICTOR DRUZIAKO, ESQUIRE |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**