UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Order Filed on September 23, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Carolyn E. Brown

Case No.: 20-20921-CMG

Hearing Date:

Judge: Christine M. Gravelle

ORDER VACATING ORDER VACATING STAY

The relief set forth on the following page, numbered two (2) is hereby **ORDERED**.

DATED: September 23, 2021

Honorable Christine M. Gravelle
United States Bankruptcy Judge

# ORDER VACATING
# ORDER VACATING STAY

**By** Air Technical Home Services LLC entered on 9/23/21

The Court, on its own motion, finds that the Order Vacating Stay entered in the above-captioned case was entered in error and must be vacated; and for good cause shown it is

ORDERED that said Order Vacating Stay be and the same is hereby vacated.